# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**William Jarell Jones**  
Debtor

Case No.: 10-21154-JSD  
Judge: John S. Dalis

Chapter: 11

### ORDER REQUIRING SERVICE OF MOTION AND NOTICE OF HEARING

To: *William E. Dillard, Attorney for Development Services Group, Inc.*  
*P.O. Box 8047*  
*Savannah, GA 31412*

The attached Notice of Hearing on Motion and Notice Pursuant to Bankruptcy Rule 4001(d) has been issued in response to the motion which you filed, and

You are required to serve said notice, with copy of the motion, on the trustee or debtor/debtor in possession, debtor's attorney, U. S. Trustee, any creditors committee appointed, and on those persons specified by the Bankruptcy Rules, or file a written motion for an earlier hearing *instanter*.

You are further required to return this form to the Clerk,

U.S. Bankruptcy Court  
PO Box 8347  
Savannah, GA 31412

showing that such service has been made.

Dated November 10, 2010

*John S. Dalis*

John S. Dalis  
United States Bankruptcy Judge  
PO Box 8347  
Savannah, GA 31412

FILED 2010 NOV 19 AM 11:02

### CERTIFICATE OF SERVICE AND WAIVER

I hereby certify that on __November 18, 2010__, I served a copy of the notice of hearing and motion in the captioned case on the following parties. (SHOW NAMES AND ADDRESSES BELOW) *Please see attached

By execution of this certificate and waiver I do hereby waive the provisions of 11 U.S.C. 362(e).

_____  
Attorney for Movant

This __18th__ day of __November__, __2010__

11-21 [Rev. 04/08] CK

| | |
|---|---|
| *Debtor*<br>**William Jarell Jones**<br>123 Marina Drive<br>Saint Simons Island, GA 31522<br>SSN / ITIN: xxx-xx-7497<br>*aka*<br>**William J Jones**<br>*aka*<br>**Wm Jarell Jones** | represented by **Christopher W. Terry**<br>Stone & Baxter, LLP<br>Fickling & Company Building<br>Suite 800, 577 Mulberry Street<br>Macon, GA 31201<br>478-750-9898<br>Fax : 478-750-9899<br>Email:<br>cterry@stoneandbaxter.com<br><br>**Jerome L. Kaplan**<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA 31201<br>478-750-9898<br>Fax : 478-750-9899<br>Email:<br>jkaplan@stoneandbaxter.com<br><br>**Ward Stone, Jr.**<br>Stone & Baxter, LLP<br>577 Mulberry Street, Ste 800<br>Macon, Ga 31201<br>478-750-9898<br>Fax : 478-750-9899<br>Email:<br>wstone@stoneandbaxter.com |
| *U. S. Trustee*<br>**Office of the U.S. Trustee**<br>222 West Oglethorpe Ave., Ste. 302<br>Savannah, GA 31401<br>912-652-4112 | represented by **Matthew E. Mills**<br>Office of The U S Trustee<br>222 W Oglethorpe Ave, Ste 302<br>Savannah, GA 31401<br>912-652-4112<br>Email:<br>ustpregion21.sv.ecf@usdoj.gov |

| | |
|---|---|
| **Atlantic National Bank** | represented by **John R. Ferrelle**<br>Attorney at Law<br>777 Gloucester St, Ste. 411<br>Brunswick, GA 31520 |
| **BB&T** | represented by **Martin G. Quirk**<br>Quirk & Quirk, LLC<br>600 Lake Forrest Dr., NW, Ste. 325<br>Atlanta, GA 30328 |
| **Bryan Bank & Trust Co.** | represented by **Mark Bulovic**<br>Bulovic Law Firm, LLC<br>1020 Bryan Woods Loop, Ste. 5<br>Savannah, GA 31410 |