# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

|  |  |  |
|---|---|---|
| In the matter of: | ) | |
| **JONES, WILLIAM JARELL,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 10-21154-JSD** |
| Debtor(s), | ) | |

## TRUSTEE'S PROPOSED ABANDONMENT

To all creditors and other parties in interest:

    **PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §554(a) and FRBP Rule 6007, the undersigned, duly qualified and acting Trustee of the estate of the above-captioned Debtor, intends to and will abandon the following described property unless, within fourteen (14) days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court, P.O. Box 8347, Savannah, Georgia 31412 and serves a copy of such request upon the Trustee herein at P.O. Box 978, Brunswick, Georgia 31521.

1.

    The Trustee, after thorough investigation, proposes to abandon the following property of the Debtor, to-wit:

Real property known as:

    1)  Residential Condominium Unit 1701, 2828 Peachtree Condominiums, Atlanta, Fulton Co., GA;
    2) Office Condominium, 123 Marine Drive, St. Simons Island, Glynn Co., GA;

Personalty described as:

    1) Guns:  (one .32 cal. Walther pistol; one .357 Ruger revolver; one .45 Colt model 1911 pistol; one Remington 12 gauge automatic shotgun; one .410 gauge single shot shotgun; one Remington 12 gauge pump shotgun; one Remington nylon 66.22 caliber rifle; one Remington model 742 30.06 carbine; two .30 caliber M1 carbines; one .243 caliber bolt action rifle; one .35 caliber lever action rifle; and, 2000 rounds assorted ammunition)

    2) Stocks and interests in businesses:
        100% of common stock of Wm. Jarell Jones, PC; JQUAD, Inc.; Palmetto Pointe Developers, LLC; Mid Point Investors, Inc.; Palmetto Realty Company; Palmetto Woods, LLC; Palmetto Coastal Homes; Cathead Landing, LLC; New River Farms, LP; JQUAD Development, LP; Palmetto Scarlett Investments, LLC; Palmetto Real Estate Group.

    3) Vehicles:
        One 1989 GMC truck (250,000 miles).

2.

It is the Trustee's belief that there is no equity for the estate in the heretofore identified property, and that the aforementioned real property is burdensome and of inconsequential value to the estate, and, therefore, your Trustee seeks permission to abandon the estate's interest in the identified property of the Debtor as described herein.

3.

Objections not timely filed and served may be deemed waived.

Dated this January 28, 2013.

/s/ R. Michael Souther *
R. MICHAEL SOUTHER
Chapter 7 Trustee

P.O. Box 978
Brunswick, GA 31521
(912) 265-5544

*The signature represented by "/s/" on this document conforms to original signature on the paper version of this document maintained by the filing user.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **JONES, WILLIAM JARELL,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 10-21154-JSD** |
| **Debtor(s),** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Trustee's Proposed Abandonment** by placing a copy of the same in the United States Mail with sufficient postage affixed thereto to assure delivery upon:

William Jarell Jones, Esq.
3445 Stratford Road NE
Unit 2705
Atlanta, GA 30326

Electronic service will be received by the following parties who are entitled to receive such service in this case through the electronic filing system of this Court:

| | |
|---|---|
| Matthew Mills, Esq. | Ward Stone, Jr. |
| Assistant U. S. Trustee | Attorney for Debtor |
| Johnson Square Business Center | Stone & Baxter |
| 2 East Bryan Street, Suite 725 | 577 Mulberry Street, Ste. 800 |
| Savannah, GA 31401 | Macon, GA 31201 |
| Ustpregion21.sv.ecf@usdoj.gov | wstone@stoneandbaxter.com |

Dated this January 28, 2013.

*/s/ R. Michael Souther ** 
R. MICHAEL SOUTHER
Chapter 7 Trustee

P.O. Box 978
Brunswick, GA 31521
(912) 265-5544
Georgia State Bar No. 668325

*The signature represented by "/s/" on this document conforms to original signature on the paper version of this document maintained by the filing user.*