# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| JONES, WILLIAM JARELL, | ) | CHAPTER 7 |
| Debtor(s), | ) | CASE NO. 10-21154-JSD |
| | ) | |

## TRUSTEE'S REPORT OF SALE
## OF PERSONAL PROPERTY

COMES NOW, R. MICHAEL SOUTHER, Trustee in the above-styled bankruptcy case, and shows the Court the following:

1.

By Order dated April 9, 2015 [Docket #438], this Court authorized the Trustee to utilize the services of Canopy Asset Management, LLC, to sell the following described personal property: 45,571 shares of Roberts Realty Investors, Inc. n/k/a ACRE Realty Investors, Inc.

2.

The Trustee reports that the sale as set forth above was consummated on July 8, 2015.

Respectfully submitted January 25, 2016.

By: /s/ R. Michael Souther
R. Michael Souther
Chapter 7 Trustee

P.O. Box 978
Brunswick, GA 31521
(912) 265-5544

*The signature represented by "/s/" on this document conforms to original signature on the paper version of this document maintained by the filing user.*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| JONES, WILLIAM JARELL, | ) | CHAPTER 7 |
| Debtor(s), | ) | CASE NO. 10-21154-JSD |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Trustee's Report of Sale of Personal Property** by placing a copy of the same in the United States Mail with sufficient postage affixed thereto to assure delivery upon:

William Jarell Jones
455 Belle Road
Gallatin, TN 37066

Canopy Asset Management, LLC
Attn: Tye L. Pipkin
123 Marina Drive
St. Simons Island, GA 31522

Electronic service will be received by the following parties who are entitled to receive such service in this case through the electronic filing system of this Court:

Matthew Mills, Esq.
Assistant U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA 31401
Ustpregion21.sv.ecf@usdoj.gov

Ward Stone, Jr.
Stone & Baxter
577 Mulberry Street, Ste. 800
Macon, GA 31201
wstone@stoneandbaxter.com

Dated this January 25, 2016.

/s/ *R. Michael Souther* *
R. Michael Souther
Chapter 7 Trustee

P.O. Box 978
Brunswick, GA 31521
(912) 265-5544
Georgia State Bar No. 668325

*The signature represented by "/s/" on this document conforms to original signature on the paper version of this document maintained by the filing user.*



## CANOPY
ASSET MANAGEMENT, LLC

OC0000
00021388 01 AT 0.413 01 00093 LPDD0603 46AD 6DEG
BANKRUPTCY ESTATE
WILLIAM JARREL JONES
DTD 03-16-15
R MICHAEL SOUTHER TTEE
P.O. BOX 978
BRUNSWICK GA 31521

Your Investment Professional:
Pipkin/Pipkin • (912)268-2601
123 Marina Dr
St Simons Island, GA 31522-2242
tye.pipkin@LPL.COM

Securities Offered Through
LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091
75 State Street, 24th Floor, Boston, MA 02109-1827

## LPL Financial

## Investment Account

Statement Period
August 1 to August 31, 2015

| BANKRUPTCY ESTATE WILLIAM JARREL JONES | |
|---|---|
| Investment Objective | Income with Capital Preservation |

### Total Value of Your Account as of August 31, 2015 — $61,420.85

**INVESTMENTS HELD AT LPL FINANCIAL**

| | |
|---|---|
| Previous Year-End Value as of December 31, 2014 | $0.00 |
| Beginning Value as of August 1, 2015 | $61,420.33 |
| Additions | — |
| Withdrawals | — |
| Dividends, Interest and Capital Gains | 0.52 |
| Increase/decrease in Market Value[1] | — |
| Ending Value as of August 31, 2015 | $61,420.85 |

| | Year-End Value December 31, 2014 | Value on July 31, 2015 | Value on August 31, 2015 |
|---|---|---|---|
| **TOTAL VALUE OF YOUR ACCOUNT** | $0.00 | $61,420.33 | $61,420.85 |

[1] Increase/decrease in Market Value reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.

Investment Account 

Page 1 of 8
000000




## Investment Account

Statement Period
August 1 to August 31, 2015

### ACCOUNT INVESTMENT SUMMARY as of August 31, 2015

| Investment Type | Amount | Percent |
|---|---|---|
| Cash and Cash Equivalents | $61,420.85 | 100.00% |
| Equities and Options | — | — |
| Fixed Income | — | — |
| Mutual Funds, ETFs and Closed-End Funds | — | — |
| Total | $61,420.85 | 100.00% |

### FINANCIAL MARKET INDICATORS

| | Year-End Value December 2014 | Value on July 31, 2015 | Value on August 31, 2015 |
|---|---|---|---|
| Dow Jones Industrial Average | 17,823.07 | 17,689.86 | 16,528.03 |
| S&P 500 Index | 2,058.90 | 2,103.84 | 1,972.18 |
| NASDAQ Composite Index | 4,736.05 | 5,128.28 | 4,776.51 |
| 3-Month Treasury Bill | 0.04% | 0.06% | 0.01% |
| 30-Year Treasury Bond | 2.75% | 2.91% | 2.96% |

LPL Financial

## Account Holdings as of August 31, 2015

### CASH AND CASH EQUIVALENTS

| Description | Interest Paid in August[1] | Blended Interest Rate[1] | Current Balance |
|---|---|---|---|
| Insured Cash Account[2] | | | |
| Goldman Sachs Bank USA | | | $61,420.85 |
| Total Insured Cash Account | 0.52 | 0.010% | 61,420.85 |
| **TOTAL CASH AND CASH EQUIVALENTS** | | | **$61,420.85** |

| Value of Your LPL Financial Account | Market Value | Cost Basis/ Purchase Cost[3] | Unrealized Gain or Loss | Estimated Annual Income |
|---|---|---|---|---|
| | $61,420.85 | $61,420.85 | — | — |

---

[1] Interest is paid on daily balances at a blended rate reflecting the weighted average rate during the statement month.
[2] Bank Deposit Sweep Accounts are FDIC Insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
[3] Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments
**LPL Financial**
Questions? Contact Pipkin/Pipkin
(912)268-2601 • tye.pipkin@LPL.COM

Account Holdings / Investment Account

Page 3 of 8 

## Account Activity as of August 31, 2015

### ACCOUNT ACTIVITY SUMMARY

| | Period Ending July 31, 2015 | Period Ending August 31, 2015 | Year-to-Date |
|---|---|---|---|
| Securities Purchased | — | — | — |
| Securities Sold | 10,527.06 | — | 61,489.61 |
| Additions to Your Account | — | — | — |
| Withdrawals from Your Account | — | — | — |
| Dividends, Interest and Capital Gains | 0.47 | 0.52 | 1.24 |
| Reinvestments | — | — | — |
| Net Change in Bank Deposit Sweep Balance[1] | 10,527.53 | 0.52 | 61,420.85 |
| Net Change in Money Market Fund Balance | — | — | — |
| Fees and Expenses[2] | — | — | -70.00 |

### DIVIDENDS, INTEREST AND CAPITAL GAINS

| Date | Activity Type | Description/Security ID | Amount |
|---|---|---|---|
| 08/31/15 | Interest | INSURED CASH ACCOUNT 61,420 | $0.52 |
| **TOTAL DIVIDENDS, INTEREST AND CAPITAL GAINS** | | | **$0.52** |

### NET BANK DEPOSIT SWEEP ACTIVITY[3]

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| 08/01/15 | Opening Balance | | | $61,420.33 |
| 08/31/15 | Interest Deposit | Insured Cash Account | 0.52 | 61,420.85 |
| 08/31/15 | Closing Balance | | | 61,420.85 |
| **NET CHANGE IN BANK DEPOSIT SWEEP BALANCE** | | | **$0.52** | |

---

1  Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See the message section for further information.
2  Fees and expenses include account, custodial and advisory fees assessed during the statement period.
3  Bank Deposit Sweep transactions reflect the net of all transfers of free cash balances to and from your bank deposit sweep account on the date referenced. See the message section for further information.

**LPL Financial**

## Account Detail as of August 31, 2015

### DIVIDEND AND INTEREST SUMMARY

| Description | July 31, 2015 | August 31, 2015 | Year-to-Date |
|---|---|---|---|
| Bank Deposit Sweep | $0.47 | $0.52 | $1.24 |
| **TOTAL DIVIDENDS AND INTEREST** | **$0.47** | **$0.52** | **$1.24** |

### YEAR-TO-DATE SHORT-TERM REALIZED GAIN/LOSS

| Closing Date | Transaction Type | Description/Security ID | Date Acquired | Quantity | Acquisition Price | Cost Basis | Sale Price | Proceeds | Gain or Loss |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/15 | Sell | ACRE REALTY INVESTORS INC AIII | N/A | -1,399 | N/A | N/A | N/A | $1,869.72 | — |
| 05/14/15 | Sell | | N/A | -8,600 | N/A | N/A | N/A | 11,771.89 | — |
| 05/14/15 | Sell | | N/A | -601 | N/A | N/A | N/A | 805.65 | — |
| 05/14/15 | Sell | | N/A | -7,054 | N/A | N/A | N/A | 9,448.64 | — |
| 06/22/15 | Sell | | N/A | -9,999 | N/A | N/A | N/A | 13,658.40 | — |
| 06/23/15 | Sell | | N/A | -2,000 | N/A | N/A | N/A | 2,674.89 | — |
| 06/23/15 | Sell | | N/A | -7,999 | N/A | N/A | N/A | 10,733.36 | — |
| 07/08/15 | Sell | | N/A | -7,919 | N/A | N/A | N/A | 10,527.06 | — |
| | Total | | | -45,571 | | N/A | | 61,489.61 | — |
| **TOTAL YEAR-TO-DATE SHORT-TERM REALIZED GAIN/LOSS** | | | | | | — | | **$61,489.61** | — |

| | Cost Basis | Proceeds | Gain or Loss |
|---|---|---|---|
| **TOTAL YEAR-TO-DATE REALIZED GAIN/LOSS** | — | **$61,489.61** | — |

**LPL Financial**
Questions? Contact Pipkin/Pipkin
(912)268-2601 • tye.pipkin@LPL.COM

